IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MAVIS FREEMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 3:17-cv-416-GMB ) |
| APRINTA GROUP, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

# FINAL JUDGMENT

In light of the parties' Joint Stipulation of Dismissal (Doc. 46), it is ORDERED that this action is DISMISSED with prejudice. Costs are taxed as paid. The court retains jurisdiction to enforce, if necessary, the settlement agreement among the parties. The Clerk of Court is DIRECTED to close the file.

DONE this 16th day of August, 2018.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE

1